SAL LIMANDRI, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. MILTON LEVY, *ET ALS.*, DEFENDANTS-PETITIONERS.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Warren, Chasan, Leyner & Holland,* for the petitioners.

*Messrs. Cohn & Lifland* and *Mr. Daniel Crystal,* for the respondents.

May 17, 1966. Denied.

GAIL D. DINET, *ET AL.*, PETITIONERS-RESPONDENTS, v. OCEAN GATE BOARD OF EDUCATION, RESPONDENT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

See same case below: 90 *N. J. Super.* 571.

*Messrs. Lloyd, Megargee, Steedle, Weinstein & Horn,* for the petitioners.

*Mr. E. Frederick Perone* and *Mr. Louis C. Jacobson,* for the respondents.

May 17, 1966. Denied.

THE FRANKLIN LIFE INSURANCE CO., PLAINTIFF-PETITIONER, v. GLADYS MARIE ALFRED, *ET ALS.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Starr, Summerill & Davis,* for the petitioner.

*Messrs. Wallace, Douglas & Gerry,* for the respondent.

May 17, 1966. Denied.